IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3055 |
| | ) | |
| v. | ) | |
| | ) | |
| JULIO FLORES GARCIA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED,

Defendant's motion for extension of deadline, filing 25, is granted in part and the deadline for filing pretrial motions is extended to June 9, 2008.

DATED this 23rd day of May, 2008.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge