IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3055 |
| | ) | |
| V. | ) | |
| | ) | |
| JULIO FLORES GARCIA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER comes before the court on defendant's motion to seal, filing 27, and his motion to continue his trial currently scheduled to begin on June 30, 2008. Filing 28. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED:

1. The defendant's motion to seal, filing 27, is granted. Filing 28 shall remain under seal, and the clerk shall remove filing 27 from the public docket and place it under seal.

2. The defendant's motion to continue, filing 28, is granted. The defendant's trial is set to commence at 9:00 a.m. on September 2, 2008 for a duration of four trial days before the Honorable Richard G. Kopf. Jury selection will be at the commencement of trial.

3. This Court further finds that, based upon the showing set forth in defendant's motion, the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and September 2, 2008 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(8)(a).

DATED this 16th day of June, 2008.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge