UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>                        Plaintiff,       )<br>                                                          )<br>            vs.                                        )<br>                                                          )<br>                                                          )<br>JULIO FLORES GARCIA,              )<br>                                                          )<br>                        Defendant.   ) | 4:08CR3055<br><br>**FINAL ORDER OF**<br>**FORFEITURE** |

NOW ON THIS 26th day of March, 2009, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On November 19, 2008, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 846 and 853, based upon the Defendant's plea of guilty to Counts I, II and III of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in $3,451.00 in United States currency and a 1999 GMC Yukon, VIN 1GKEK13R9XJ720308, was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on January 23, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on March 25, 2009 (Filing No. 53).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the $3,451.00 in United States currency and a 1999 GMC Yukon, VIN 1GKEK13R9XJ720308, held by any person or entity, is hereby forever barred and foreclosed.

C. The $3,451.00 in United States currency and a 1999 GMC Yukon, VIN 1GKEK13R9XJ720308, be, and the same hereby are, forfeited to the United States of America .

D. The United States Marshal for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 26th day of March, 2009

BY THE COURT:

s/ RICHARD G. KOPF, JUDGE
United States District Court